August 22, 2017

**VIA ECF**

Honorable Ronald L. Ellis
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***Chevrestt v. Caribe News, Inc. (1:17-cv-01864-LTS-RLE)***

Dear Judge Ellis,

We represent Plaintiff, Angel Chevrestt, in the above case. The parties have reached a settlement in principle and respectfully request that the settlement conference scheduled for August 23, 2017 be cancelled.

The Courts consideration is much appreciated.

    Respectfully Submitted,

    /s/Richard Liebowitz
    Richard Liebowitz
    Liebowitz Law Firm, PLLC
    11 Sunrise Plaza, Suite 305
    Valley Stream, New York 11580
    516-233-1660
    RL@LiebowitzLawFirm.com

    *Attorneys for Plaintiff Angel Chevrestt*